

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-4-2004

# In Re: Global Tissue

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2311

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"In Re: Global Tissue " (2004). *2004 Decisions.* Paper 419.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/419

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 29, 2004

No. 03-2311

In Re: Global Tissue

United States District Court of Delaware
(02-cv-01324)

Present: ROSENN, Circuit Judge

Motion by Appellee to Amend the Opinion filed on
July 7, 2004.

Charlene Crisden 267-299-4923

O R D E R

The motion to amend the opinion in the above matter to reflect that the counsel for appellee is Christopher P. Simon, Cross & Simon, 913 Market Street, P.O. Box 1380, Suite 1001, Wilmington, DE 19899-1380 is granted.

By the Court,

/s/ Max Rosenn

Circuit Judge

Date: August 4, 2004